UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 22-14104-CIV-CANNON

**MURPHY MITCHEN**,

    Plaintiff,

v.

**SIGMA ENTERPRISES, LLC**,

    Defendant.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** comes before the Court upon the parties' Joint Notice [ECF No. 12], filed on April 28, 2022, in which the parties advise that they have reached a settlement in principle in this matter. The Court has carefully reviewed the file and is fully advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Dismissal on or before **May 30, 2022**.

2. If the parties fail to complete the expected settlement, any party may request the Court to reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 29th day of April 2022.

                                                    **AILEEN M. CANNON**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record